*E-Filed 6/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY ROAM, | No. C 10-2143 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BEN CURRY, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, by June 18, 2010, or face dismissal of the action. Plaintiff has not paid the filing fee, nor has plaintiff filed a complete IFP application. The application is incomplete because plaintiff has not submitted a prisoner trust account statement showing transactions for the last six months. Plaintiff submitted an account statement from 2008. Accordingly, the action is DISMISSED without prejudice to plaintiff filing a complete IFP application, or paying the filing fee. Plaintiff's motion to proceed IFP (Docket No. 2) is DENIED.

This order terminates Docket No. 2.

The Clerk shall enter judgment in favor of defendants, terminate the pending motion, and close the file.

**IT IS SO ORDERED**.

DATED: June 28, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-2143 RS (PR)
ORDER OF DISMISSAL